IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REGINALD RIDEOUT, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-12-2234 |
| METROPOLITAN TRANSIT AUTHORITY, *et al.*, | § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum and Opinion of today's date, this action is dismissed with prejudice. Each party bears its own costs and fees.

This is a final judgment.

SIGNED on October 16, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge